U.S. Department of Justice

**RANDY S. GROSSMAN**
United States Attorney
Southern District of California

ERIC R. OLAH (619) 546-7540
Assistant U.S. Attorney
Email: eric.olah@usdoj.gov

FILED MAY 13 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

SEALED

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
516 Industry Way
Suite C
Imperial County, California 92251-5782

## NOTICE TO APPEAR

RE: UNITED STATES OF AMERICA
v.
DEWAYNE MORRIS, SENIOR (1)

Case No.: 22-CR-1037-WQH
For Violations of 18 U.S.C. §§ 371, 1344(2), 2

You have been charged with a criminal offense. You are hereby notified that your case will be called for first appearance on **Friday, May 20, 2022, at 2:00 p.m., at the United States Courthouse, 221 West Broadway, San Diego, California, 92101, Courtroom 2A**. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

The Court will appoint counsel to represent you and that counsel will provide you legal representation and consult with you to determine if you qualify for continued appointment of counsel. You have the right to hire an attorney, regardless of whether or not you qualify for appointed counsel. If you have any questions about attorney representation, you may contact Federal Defenders of San Diego, Inc. at (619) 234-8467.

Within 24 hours of receipt of this notice, please contact the U.S. Pretrial Services Office by calling (619) 557-5738. The U.S. Pretrial Services Office is located on the 6th floor of the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101.

RANDY S. GROSSMAN
United States Attorney
/s/ Eric R. Olah
ERIC R. OLAH
Assistant United States Attorney

---

I hereby acknowledge the fact that I must appear on the date above and by affixing my signature, do promise to appear as ordered.

Signed: _[signature]_
Dated: 5/12/2022

Presented by: _[signature]_ (Agent's Signature)

Juan Ferrer / USPS OIG (Agent's Name/Agency)