# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEWAYNE MORRIS, SENIOR (1),<br>DEWAYNE MORRIS, JUNIOR (2),<br><br>    Defendants. | Case No.: 3:22-CR-1037-WQH<br><br>**ORDER** |

HAYES, Judge,

    IT IS HEREBY ORDERED that, no later than October 18, 2024, Plaintiff United States of America shall file a supplemental sentencing document as to the above-named Defendants. This document shall include a list supplementing the victim information and loss amounts suffered by each victim listed in the Presentence Investigation Reports (*see* ECF No. 368 ¶¶ 60-63, 180; ECF No. 369 ¶¶ 27-30, 150). Specifically, the supplemental list shall: (a) identify which listed money orders assigned to each victim were cashed by identified co-conspirators; (b) identify the serial-number series for each listed money order assigned to each victim; (c) identify which of the listed money orders and corresponding victims are subject to a restitution order which has been issued by this Court or another court; and (d) identify which of the listed money orders comprise the "1,436 stolen money orders" attributed to Defendant Dewayne Morris Jr. in the Presentence Investigation Reports (*see* ECF No. 368 ¶ 16; ECF No. 369 ¶ 15). The

supplemental sentencing document shall identify or attach the evidence supporting the information in the list.

No later than October 25, 2024, Defendants Dewayne Morris Sr. and Dewayne Morris Jr. may file a response to the United States' supplemental sentencing document.

IT IS FURTHER ORDERED that the sentencing hearing as to Defendants Dewayne Morris Sr. and Dewayne Morris Jr. set for October 15, 2024, is vacated and reset to November 4, 2024, at 9:00 AM in Courtroom 14B.

Dated: October 10, 2024

Hon. William Q. Hayes
United States District Court