1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>DEWAYNE MORRIS, SENIOR (1),<br><br>                Defendant. | Case No. 22-CR-1037-WQH<br><br>**ORDER OF RESTITUTION** |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant Dewayne Morris, Senior, (hereinafter "Defendant" or "Senior") shall pay restitution in the amount of **$3,554,276.99** as a result of Defendant's convictions for conspiracy, in violation of 18 U.S.C. § 371 and bank fraud, in violation of 18 U.S.C. §§ 1344(2) and 2. Restitution shall be paid to the victims in listed in Attachment A in the specified amounts, pro rata.

2. Defendant's restitution shall be joint and several with all co-defendants and co-conspirators ordered to pay restitution for the same losses, as set forth in Attachment A. A defendant's restitution shall be credited in proportion to the amount of restitution shared between the defendant making the payment and the defendant receiving credit for the payment.

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b. Upon release from custody, Defendant shall pay restitution at the rate of $150 per month, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

7. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

/ / /

/ / /

/ / /

/ / /

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

Dated: January 8, 2025

*[signature]*
Hon. William Q. Hayes
United States District Court

# ATTACHMENT A

| Financial Institution | Amount | Joint and Several Liability |
|---|---|---|
| Alaska USA Federal Credit Union | $3,000.00 | Senior |
| Allied Healthcare FCU | $2,000.00 | Senior, Junior, and Cynthia Romero |
| Bank of Hope | $15,000.00 | Senior |
| BOKF, N.A. | $2,000.00 | Senior |
| Bank of the West | $101,000.00 | Senior |
| Bank of the West | $2,000.00 | Senior, Junior, and Talin Zorian |
| BBVA Compass Bank | $65,000.00 | Senior |
| BBVA Compass Bank | $26,000.00 | Senior, Junior, and Curtis Portley |
| BBVA Compass Bank | $25,000.00 | Senior, Junior, and Rickey Ward |
| BBVA Compass Bank | $13,000.00 | Senior, Junior, and Sara Denney |
| BBVA Compass Bank | $11,000.00 | Senior, Junior, and Talin Zorian |
| BBVA Compass Bank | $5,000.00 | Senior, Junior, and Myia Morgan |
| Bank of America, N.A. | $852,397.87 | Senior |
| Bank of America, N.A. | $148,000.00 | Senior, Junior, and Talin Zorian |
| Bank of America, N.A. | $94,552.13 | Senior, Tyshun Reams, Jennifer Denise Wright, Erica Cheyenne Jones, Stacy Shawn Gipson, and Celia Melissa Gonzalez |
| Bank of America, N.A. | $86,000.00 | Senior and Sheraye Wilks |
| Bank of America, N.A. | $29,000.00 | Senior, Junior, and Curtis Portley |
| Bank of America, N.A. | $25,000.00 | Senior, Junior, and Sara Denney |
| Bank of America, N.A. | $25,000.00 | Senior, Junior, and Rickey Ward |
| Bank of America, N.A. | $4,000.00 | Senior, Junior, and Myia Morgan |
| Bank of America, N.A. | $4,000.00 | Senior, Junior, and Cynthia Romero |
| Broadway Federal Bank, FSB | $4,000.00 | Senior |
| California Bank & Trust | $26,000.00 | Senior |
| California Bank & Trust | $6,000.00 | Senior, Junior, and Sara Denney |
| California Bank & Trust | $2,000.00 | Senior, Junior, and Curtis Portley |
| California Coast Credit Union | $3,000.00 | Senior |
| California Credit Union | $8,000.00 | Senior |
| Camino Federal Credit Union | $4,000.00 | Senior |
| Cathay Bank | $2,000.00 | Senior |
| Charles Schwab Bank | $2,875.19 | Senior |
| Chemical Bank & Trust Company | $3,000.00 | Senior |
| Cit Bank | $2,000.00 | Senior |
| CitiBank | $55,000.00 | Senior |
| CitiBank | $43,000.00 | Senior, Junior, and Talin Zorian |
| CitiBank | $16,000.00 | Senior, Junior, and Sara Denney |
| CitiBank | $10,000.00 | Senior, Junior, and Cynthia Romero |
| CitiBank | $9,000.00 | Senior, Junior, and Myia Morgan |

| Financial Institution | Amount | Joint and Several Liability |
|---|---|---|
| CitiBank | $1,000.00 | Senior, Junior, and Curtis Portley |
| Comerica Bank California | $9,000.00 | Senior |
| Comerica Bank California | $7,000.00 | Senior, Junior, and Myia Morgan |
| Commerce Bank | $1,000.00 | Senior |
| Credit Union of Southern California | $8,000.00 | Senior |
| Credit Union of Southern California | $1,000.00 | Senior, Junior, and Curtis Portley |
| Farmers & Merchants Bank Long Beach | $2,000.00 | Senior |
| Farmers & Merchants Bank Long Beach | $2,000.00 | Senior, Junior, and Cynthia Romero |
| Fedex Employees Credit Assn FCU | $4,000.00 | Senior, Junior, and Cynthia Romero |
| Fifth Third Bank | $12,000.00 | Senior |
| First Choice Bank | $8,000.00 | Senior |
| First Entertainment Credit Union | $3,000.00 | Senior |
| The First National Bank of Central Texas | $2,000.00 | Senior |
| First Texas Bank | $8,000.00 | Senior |
| Glendale Federal Credit Union | $6,000.00 | Senior |
| Golden 1 Credit Union | $27,000.00 | Senior |
| Golden 1 Credit Union | $8,000.00 | Senior, Junior, and Curtis Portley |
| Golden 1 Credit Union | $3,000.00 | Senior, Junior, and Talin Zorian |
| Hanin Federal Credit Union | $10,000.00 | Senior |
| Hanmi Bank | $2,000.00 | Senior |
| Huntington National Bank | $14,000.00 | Senior |
| Jack Henry Co Regions Bank | $3,000.00 | Senior |
| JP Morgan Chase Bank | $41,350.00 | Senior |
| Kern Schools Federal Credit Union | $4,000.00 | Senior |
| Key Bank | $2,000.00 | Senior |
| Kinecta Federal Credit Union | $3,000.00 | Senior |
| LA Federal Credit Union | $2,000.00 | Senior |
| Logix Fed Credit Union | $9,000.00 | Senior, Junior, and Talin Zorianm |
| Mission Fed Credit Union | $9,000.00 | Senior, Junior, and Curtis Portley |
| MUFG Union Bank | $26,221.80 | Senior |
| Navy Federal Credit Union | $14,000.00 | Senior |
| Northrup Federal Credit Union | $4,000.00 | Senior, Junior, and Cynthia Romero |
| Nuvision Fed Credit Union | $19,000.00 | Senior |
| Nuvision Fed Credit Union | $8,000.00 | Senior, Junior, and Cynthia Romero |
| One West Bank | $8,000.00 | Senior |
| Open Bank | $4,000.00 | Senior |

| Financial Institution | Amount | Joint and Several Liability |
|---|---|---|
| Opus Bank | $4,000.00 | Senior |
| Pacific City Bank | $1,000.00 | Senior |
| PenFed Credit Union | $1,000.00 | Senior |
| PenFed Credit Union | $6,000.00 | Senior, Junior, and Myia Morgan |
| PNC Bank | $8,000.00 | Senior |
| Rize Credit Union (formerly Southern California Edison Credit Union) | $12,000.00 | Senior |
| Rize Credit Union (formerly Southern California Edison Credit Union) | $2,000.00 | Senior, Junior, and Cynthia Romero |
| San Diego County Credit Union | $21,916.74 | Senior |
| San Diego County Credit Union | $39,000.00 | Senior, Junior, and Curtis Portley |
| San Diego County Credit Union | $19,083.26 | Senior, Junior, and Sara Denney |
| San Francisco Federal Credit Union | $7,000.00 | Senior |
| SchoolsFirst Federal Credit Union | $1,000.00 | Senior |
| Sturgis Bank & Trust Co. | $6,000.00 | Senior |
| Technicolor Federal Credit Union | $2,000.00 | Senior, Junior, and Talin Zorian |
| UNIFY Financial Credit Union | $17,000.00 | Senior |
| US Bank | $221,780.00 | Senior |
| US Bank | $29,000.00 | Senior, Junior, and Cynthia Romero |
| US Bank | $26,000.00 | Senior, Junior, and Talin Zorian |
| US Bank | $22,000.00 | Senior, Junior, and Rickey Ward |
| US Bank | $16,000.00 | Senior, Junior, and Christian Jefferson |
| US Bank | $13,000.00 | Senior, Junior, and Myia Morgan |
| US Bank | $9,000.00 | Senior, Junior, and Sara Denney |
| US Bank | $4,000.00 | Senior, Junior, and Curtis Portley |
| USAA Federal Savings Bank | $2,850.00 | Senior |
| US Metro Bank | $3,000.00 | Senior |
| Valley Strong Credit Union | $6,000.00 | Senior |
| Water and Power Community Credit Union | $22,000.00 | Senior, Junior, and Cynthia Romero |
| Wells Fargo Bank | $629,250.00 | Senior |
| Wells Fargo Bank | $129,000.00 | Senior, Junior, and Talin Zorian |
| Wells Fargo Bank | $75,000.00 | Senior and Sheraye Wilks |
| Wells Fargo Bank | $60,000.00 | Senior, Junior, and Curtis Portley |
| Wells Fargo Bank | $42,000.00 | Senior, Junior, and Rickey Ward |
| Wells Fargo Bank | $41,000.00 | Senior, Junior, and Sara Denney |
| Wells Fargo Bank | $14,000.00 | Senior, Junior, and Cynthia Romero |

| Financial Institution | Amount | Joint and Several Liability |
|---|---|---|
| Wescom Credit Union | $14,000.00 | Senior |